GRANT C. JAQUITH
Acting United States Attorney

Heetano Shamsoondar
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, New York 10278-0004
(212) 264-2426
Heetano.Shamsoondar@ssa.gov
Bar Roll No. 518286

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
BRIAN K. GROFF,

       Plaintiff,

  v.            Civil Action No. 7:16-CV-1452 (ATB)

NANCY A. BERRYHILL,   **JOINT STIPULATION AND**
Acting Commissioner of Social Security, **ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

       Defendant.
------------------------------------------------------x

**IT IS HEREBY STIPULATED** by and between Heetano Shamsoondar, Special Assistant United States Attorney, for Grant C. Jaquith, Acting United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Lawrence D. Hasseler, Esq., Plaintiff's attorney, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Acting Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including a new hearing, should it be necessary (*i.e.*, should the Appeals Council remand this case to an ALJ

for further proceedings, the ALJ will offer the claimant an opportunity for a *de novo* hearing and a new decision).

IT IS on this 30th day of October, 2017;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant pursuant to sentence four of 42 U.S.C. § 405(g), for the further administrative action set forth above, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

/s/ Andrew T. Baxter
Andrew T. Baxter
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

GRANT C. JAQUITH
Acting United States Attorney

By: /s Heetano Shamsoondar
HEETANO SHAMSOONDAR
Special Assistant U.S. Attorney
Attorney for Defendant
Bar No. 518286

LAWRENCE D. HASSELER
Conboy, McKay Law Firm

By: /s/ Lawrence D. Hasseler
LAWRENCE D. HASSELER
Attorney for Plaintiff
307 State Street
Carthage, NY 13619